IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Porter, Troy

Printed: 2/12/08

Case Number: 07 B 16120
Judge: Squires, John H
Filed: 9/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | ACC Consumer Finance | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Auto Finance | Secured | 11,248.00 | 0.00 |
| 3. | Capital One | Unsecured | 0.00 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 29.00 | 0.00 |
| 5. | Sallie Mae | Unsecured | 286.51 | 0.00 |
| 6. | Wells Fargo Auto Finance | Unsecured | 144.59 | 0.00 |
| 7. | Cingular Wireless | Unsecured | | No Claim Filed |
| 8. | Medical Collections | Unsecured | | No Claim Filed |
| 9. | Direct Tv | Unsecured | | No Claim Filed |
| 10. | AT&T | Unsecured | | No Claim Filed |
| 11. | Medical Collections | Unsecured | | No Claim Filed |
|  |  |  | $ 11,708.10 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Porter, Troy

Printed:  2/12/08

Case Number:  07 B 16120
Judge:  Squires, John H
Filed:  9/4/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*